

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Eufemio Morales v. The State of Texas

Appellate case number:    01-17-00532-CR

Trial court case number:   74453

Trial court:                 27th District Court, Bell County, Texas

      Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant has also filed a motion for an extension of time to file his response.

      We **grant** the motion for access and **order** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made. Finally, we grant appellant's request for an extension in that we order appellant's response to his appointed counsel's brief to be filed within 45 days of the date of this order.

      It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                 ☑ Acting individually    ☐ Acting for the Court

Date: November 14, 2017